UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF JARRED BARABINO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SACRAMENTO, et al., <br><br> Defendants. | Case No. <br><br> **DECLARATION OF TESLA RETZLAFF RE: CAL. CODE CIV. PROC. § 377.32** |

I, Tesla Retzlaff, do declare and say:

1. I submit the following declaration concerning W█████ B████████ and N████ B████████'s status as the successors-in-interest to Jarred Barabino, pursuant to section 377.32 of the California Code of Civil Procedure. I submit this declaration on behalf of W█████ B████████ and N████ B████████ because they are minors.

2. Jarred Barabino was born on █████ 1993, in the County of Sacramento, California.

3. No proceeding is now pending in California for administration of the estate of Jarred Barabino.

4. W█████ B████████ and N████ B████████ are the successors-in-interest to Jarred Barabino (as defined in section 377.11 of the California Code of Civil Procedure) and succeed to his interest in this action or proceeding. W█████ B████████ and N████ B████████ are the biological children of Jarred Barabino.

5. No other person has a superior right to commence this action or proceeding, or to be substituted for Jarred Barabino in this pending action or proceeding.

6. A true and correct copy of the death certificate of Jarred Barabino is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 9, 2025, at Portola, California.

*Tesla Retzlaff*
_____
Tesla Retzlaff

---

**DECLARATION OF TESLA RETZLAFF RE: CAL. CODE CIV. PROC. § 377.32**
*Estate of Barabino v. County of Sacramento*, United States District Court, Eastern District of California, Case No. _____

# STATE OF CALIFORNIA

# SACRAMENTO COUNTY
SACRAMENTO, CALIFORNIA

**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 3052025182298
LOCAL REGISTRATION NUMBER: 3202534008553

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | JARRED |
| 2. MIDDLE | VINCENT |
| 3. LAST (Family) | BARABINO |
| 4. DATE OF BIRTH | 1993 |
| 5. AGE Yrs. | 32 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | NEVER MARRIED |
| 7. DATE OF DEATH | 08/18/2025 |
| 8. HOUR (24 Hours) | 1300 |
| 13. EDUCATION | HS GRADUATE |
| 14/15. HISPANIC? | NO |
| 16. DECEDENT'S RACE | CAUCASIAN |
| 17. USUAL OCCUPATION | GENERAL CONTRACTOR |
| 18. KIND OF BUSINESS | CONSTRUCTION |
| 19. YEARS IN OCCUPATION | 12 |
| 20. DECEDENT'S RESIDENCE | 8442 ORTIZ COURT |
| 21. CITY | ORANGEVALE |
| 22. COUNTY | SACRAMENTO |
| 23. ZIP CODE | 95662 |
| 24. YEARS IN COUNTY | 32 |
| 25. STATE | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | SUE SCHLEY, MOTHER |
| 27. INFORMANT'S MAILING ADDRESS | 3257 GRACE DRIVE, DIAMOND SPRINGS, CA 95619 |
| 31. NAME OF PARENT – FIRST | ROBERT |
| 32. MIDDLE | EDWARD |
| 33. LAST (BIRTH NAME) | BARABINO |
| 34. BIRTH STATE | GERMANY |
| 35. NAME OF PARENT – FIRST | SUE |
| 36. MIDDLE | ELIZABETH |
| 37. LAST (BIRTH NAME) | HORRIGAN |
| 38. BIRTH STATE | CA |
| 39. DISPOSITION DATE | 08/25/2025 |
| 40. PLACE OF FINAL DISPOSITION | RESIDENCE OF SUE SCHLEY |
| 41. TYPE OF DISPOSITION(S) | CREMATE/RESIDENCE |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 44. NAME OF FUNERAL ESTABLISHMENT | MOUNT VERNON MEMORIAL PARK |
| 45. LICENSE NUMBER | FD1154 |
| 46. SIGNATURE OF LOCAL REGISTRAR | OLIVIA KASIRYE MD |
| 47. DATE | 08/25/2025 |
| 101. PLACE OF DEATH | SUTTER MEDICAL CENTER SACRAMENTO |
| 102. IF HOSPITAL, SPECIFY ONE | IP |
| 104. COUNTY | SACRAMENTO |
| 105. FACILITY ADDRESS | 2825 CAPITOL AVENUE |
| 106. CITY | SACRAMENTO |
| 107. CAUSE OF DEATH – IMMEDIATE CAUSE (A) | PENDING |
| Time Interval | PEND |
| 108. DEATH REPORTED TO CORONER? | YES |
| REFERRAL NUMBER | 25-03585 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | YES |
| 111. USED IN DETERMINING CAUSE? | YES |
| 113. WAS OPERATION PERFORMED | UNK |
| 113A. DECEDENT PREGNANT IN LAST YEAR? | NO |
| 121. MANNER OF DEATH | Pending Investigation |
| 126. SIGNATURE OF CORONER | ALLYSON ROGERS |
| 127. DATE | 08/20/2025 |
| 128. TYPE NAME, TITLE OF CORONER | ALLYSON ROGERS, DEP CORONER |

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Sacramento County Clerk/Recorder.

DATE ISSUED: SEP 24 2025



DONNA ALLRED, COUNTY CLERK/RECORDER
SACRAMENTO COUNTY, CALIFORNIA

002315217

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the County Clerk/Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE